# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| RYAN DeKEYSER, *et al.*, on behalf of themselves and all others similarly situated, | Civil No. 1:08-cv-488 (WCG) |
| Plaintiffs, | |
| -v- | |
| WAUPACA FOUNDRY, INC. f/k/a THYSSENKRUPP WAUPACA, INC., | |
| Defendant. | |

| | |
|---|---|
| JASON VANHOOSE, *et al.*, on behalf of themselves and others similarly situated, | Civil No. 1:18-cv-01193-WCG |
| Plaintiffs, | |
| v. | |
| WAUPACA FOUNDRY, INC., | |
| Defendant. | |

| | |
|---|---|
| MICHAEL SARRELL, *et al.*, on behalf of themselves and others similarly situated, | Civil No. 1:18-cv-01192-WCG |
| Plaintiffs, | |
| v. | |
| WAUPACA FOUNDRY, INC., | |
| Defendant. | |

HOY GARRETT, JR., *et al.*,

    Plaintiffs,

-v-

WAUPACA FOUNDRY, INC.,

    Defendant.

Civil No.  1:18-cv-01186-WCG

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PARTIES' PROPOSED SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and Section 216 of the Fair Labor Standards Act, Plaintiffs in the above-captioned Actions move the Court for an Order granting Plaintiffs' Motion for Final Approval of the Parties' Proposed Settlement.

This Motion is unopposed by Defendant Waupaca Foundry, Inc. and is based upon the Parties' Settlement Agreement and supporting documents, and the entire file and proceedings herein.

Respectfully submitted,

Dated: January 10, 2019

**LARSON · KING, LLP**

By: s/T. Joseph Snodgrass
    T. Joseph Snodgrass (MN 231071)
    Kelly A. Lelo (MN 330838)
    30 E. Seventh Street, Suite 2800
    St. Paul, MN  55101
    Tel: (651) 312-6510
    jsnodgrass@larsonking.com
    klelo@larsonking.com

    J. Gordon Rudd, Jr. (MN 222082)
    ZIMMERMAN REED, L.L.P.
    1100 IDS Center
    80 South 8th Street
    Minneapolis, MN  55402
    Tel: (612) 341-0400
    gordon.rudd@zimmreed.com

David W. Garrison (TN 24968)
BARRETT JOHNSTON MARTIN &
    GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
dgarrison@barrettjohnston.com

Kyle F. Biesecker (IN 24095-49)
BIESECKER DUTKANYCH &
    MACER, LLC
411 Main Street
Evansville, IN 47708
Tel: (812) 424-1000
kfb@bdlegal.com

and

J. Russ Bryant
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, TN 38018
Tel: (901) 754-8001
rbryant@jsyc.com

*Attorneys for Plaintiffs*

1807712